Anthony Paduano
Leonard Weintraub
Willard Knox
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York  10020
(212) 785-9100
Attorneys for Defendants
TCC Holdco, Inc. and Javed Malik

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH ROSA,                                                         :

                Plaintiff,                  :

     - against -                                                 :   15-cv-01665 (WHP)(JCF)

TCC COMMUNICATIONS, INC., TCC WIRELESS,                              :
INC., TCC HOLDCO, INC., SHAHER ISMAIL  and
JAVED MALIK,                                                         :

                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony Paduano of Paduano & Weintraub LLP hereby appears in the above-captioned action as counsel for defendants TCC Holdco, Inc. and Javed Malik.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Anthony Paduano, Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020.

Dated: New York, New York
April 30, 2015

                                    PADUANO & WEINTRAUB LLP

                                    By: _____
                                         Anthony Paduano
                                         Leonard Weintraub
                                         Willard Knox
                                1251 Avenue of the Americas
                                Ninth Floor
                                New York, New York 10020
                                (212) 785-9100
                                (212) 785-9099 Fax
                                ap@pwlawyers.com
                                lw@pwlawyers.com
                                wk@pwlawyers.com

                                Attorneys for Defendants
                                TCC Holdco, Inc. and Javed Malik

To:    Brendan Chao, Esq.
       Chao & Edelson, LLC
       230 Park Avenue, Suite 2600
       New York, New York 10169
       bchao@bchaolaw.com
       Attorneys for Plaintiff, Joseph Rosa

       Gregory A. Blue, Esq.
       Dilworth Paxson LLP (NY)
       99 Park Avenue, Suite 320
       New York, New York 10016
       gblue@dilworthlaw.com
       Attorneys for Defendants
       TCC Communications, Inc. and Shaher Ismail

       Richard Carl Schoenstein, Esq.
       Satterlee Stephens Burke & Burke LLP
       230 Park Avenue
       New York, New York 10169
       rschoenstein@ssbb.com
       Attorneys for Defendant, TCC Wireless, Inc.