Anthony Paduano
Leonard Weintraub
Willard Knox
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for Defendants
TCC Holdco, Inc. and Javed Malik

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
JOSEPH ROSA,                                   :

              Plaintiff,     :

   - against -                              :     15-cv-01665 (WHP)(JCF)

TCC COMMUNICATIONS, INC., TCC WIRELESS,  :
INC., TCC HOLDCO, INC., SHAHER ISMAIL and
JAVED MALIK,                                   :

             Defendants.    :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Leonard Weintraub of Paduano & Weintraub LLP hereby appears in the above-captioned action as counsel for defendants TCC Holdco, Inc. and Javed Malik.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Leonard Weintraub, Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020.

Dated:   New York, New York
         April 30, 2015

                                             PADUANO & WEINTRAUB LLP

                                             By: _____
                                                     Anthony Paduano
                                                     Leonard Weintraub
                                                     Willard Knox
                                             1251 Avenue of the Americas
                                             Ninth Floor
                                             New York, New York 10020
                                             (212) 785-9100
                                             (212) 785-9099 Fax
                                             ap@pwlawyers.com
                                             lw@pwlawyers.com
                                             wk@pwlawyers.com

                                             Attorneys for Defendants
                                             TCC Holdco, Inc. and Javed Malik

To:   Brendan Chao, Esq.
      Chao & Edelson, LLC
      230 Park Avenue, Suite 2600
      New York, New York 10169
      bchao@bchaolaw.com
      Attorneys for Plaintiff, Joseph Rosa

      Gregory A. Blue, Esq.
      Dilworth Paxson LLP (NY)
      99 Park Avenue, Suite 320
      New York, New York 10016
      gblue@dilworthlaw.com
      Attorneys for Defendants
      TCC Communications, Inc. and Shaher Ismail

      Richard Carl Schoenstein, Esq.
      Satterlee Stephens Burke & Burke LLP
      230 Park Avenue
      New York, New York 10169
      rschoenstein@ssbb.com
      Attorneys for Defendant, TCC Wireless, Inc.