Anthony Paduano
Leonard Weintraub
Willard Knox
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
Attorneys for Defendants
TCC Holdco, Inc. and Javed Malik

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JOSEPH ROSA, | : | |
| Plaintiff, | : | |
| - against - | : | 15-cv-01665 (WHP)(JCF) |
| TCC COMMUNICATIONS, INC., TCC WIRELESS, INC., TCC HOLDCO, INC., SHAHER ISMAIL and JAVED MALIK, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Willard Knox of Paduano & Weintraub LLP hereby appears in the above-captioned action as counsel for defendants TCC Holdco, Inc. and Javed Malik.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Willard Knox, Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020.

Dated: New York, New York
April 30, 2015

                                        PADUANO & WEINTRAUB LLP

                                        By: /s/ Willard Knox
                                              Anthony Paduano
                                              Leonard Weintraub
                                              Willard Knox
                                      1251 Avenue of the Americas
                                      Ninth Floor
                                      New York, New York 10020
                                      (212) 785-9100
                                      (212) 785-9099 Fax
                                      ap@pwlawyers.com
                                      lw@pwlawyers.com
                                      wk@pwlawyers.com

                                      Attorneys for Defendants
                                      TCC Holdco, Inc. and Javed Malik

To: Brendan Chao, Esq.
Chao & Edelson, LLC
230 Park Avenue, Suite 2600
New York, New York 10169
bchao@bchaolaw.com
Attorneys for Plaintiff, Joseph Rosa

Gregory A. Blue, Esq.
Dilworth Paxson LLP (NY)
99 Park Avenue, Suite 320
New York, New York 10016
gblue@dilworthlaw.com
Attorneys for Defendants
TCC Communications, Inc. and Shaher Ismail

Richard Carl Schoenstein, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
rschoenstein@ssbb.com
Attorneys for Defendant, TCC Wireless, Inc.