UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JOSEPH ROSA

Plaintiff,

Case No. 15-CV-01665

-against-

TCC COMMUNICATIONS, INC.,
ET AL.

Defendant.
-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brendan Chao**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 8811     My State Bar Number is 2804599

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: CHAO & EDELSON, LLC
            FIRM ADDRESS: 230 PARK AVENUE, STE 2600 NEW YORK, NY 10169
            FIRM TELEPHONE NUMBER: 516-466-2033
            FIRM FAX NUMBER: 516-466-2007

NEW FIRM:   FIRM NAME: BRENDAN CHAO, ATTORNEY & COUNSELLOR
            FIRM ADDRESS: 50 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570
            FIRM TELEPHONE NUMBER: 516-466-2033
            FIRM FAX NUMBER: 516-466-2007

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 5/14/2015

ATTORNEY'S SIGNATURE