```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/205
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ROSA

      Plaintiff,

   -against-

TCC COMMUNICATIONS, INC., et al.

      Defendant.

15 cv 1665 (WHP)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of James J. Rodgers, Esquire, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his/her contact information is as follows

(please print):

 Applicant's Name: James J. Rodgers
 Firm Name: Dilworth Paxson LLP
 Address: 1500 Market Street, Suite 3500E
 City / State / Zip: Philadelphia, PA 19102
 Telephone / Fax: 215-575-7000 (tel)  215-575-7200 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for TCC Communications, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/20/15

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.