```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOSEPH ROSA,                        :         15cv1665
                                    :
            Plaintiff,              :
                                    :
     -against-                      :         SCHEDULING ORDER
                                    :
TCC COMMUNICATIONS, INC., *et al.*, :
                                    :
            Defendants.             :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

   The parties, having appeared for a conference on May 21, 2015, the following is established on consent:

   (1) Plaintiff shall file a second amended complaint by June 12, 2015;

   (2) Defendants shall file motions to dismiss by July 10, 2015;

   (3) Plaintiff shall file an opposition brief by July 31, 2015;

   (4) Defendants shall file reply briefs by August 10, 2015;

   (5) Oral argument is scheduled for August 21, 2015 at 12:00 p.m.

Dated: May 21, 2015
       New York, New York

                                              SO ORDERED:

                                              _____
                                              WILLIAM H. PAULEY III
                                              U.S.D.J.

*Copies to*:
All counsel of record