# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ  07078-2713
(973) 218-2509
FAX (973) 218-2401

E-Mail: rschoenstein@ssbb.com
Direct Dial: (212) 404-8707

June 3, 2016

**VIA ECF AND FEDERAL EXPRESS**

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007-1312

>   Re:   *Rosa v. TCC Communications, Inc., et al.,*
>         No. 15-cv-01665 (WHP) (JCF)

Dear Judge Pauley:

   This firm represents Defendant TCC Wireless, LLC, wrongly named herein as TCC Wireless, Inc. ("Wireless"), in the above-referenced action.  In accordance with Your Honor's Individual Practices, we respectfully submit this letter to identify each document filed by Wireless in connection with its Motion to Dismiss the Third Amended Complaint.  The filings are as follows:

1. Motion of Defendant TCC Wireless, LLC to Dismiss the Third Amended Complaint [ECF No. 78]

2. Memorandum of Law of Defendant TCC Wireless, LLC in Support of Its Motion to Dismiss the Third Amended Complaint [ECF No. 79]

3. Plaintiff's Memorandum of Law in Opposition to Defendants TCC Wireless, LLC, TCC Holdco, Inc., and Javed Malik's Motions to Dismiss the Third Amended Complaint [ECF No. 82]

4. Reply Memorandum of Law of Defendant TCC Wireless, LLC in Support of Its Motion to Dismiss the Third Amended Complaint [ECF No. 83 ]

   Enclosed please find a courtesy copy of Wireless's Reply Memorandum of Law in Support of Its Motion to Dismiss the Third Amended Complaint, dated June 3, 2016, which was filed and served via ECF on June 3, 2016.

2496917_1

SATTERLEE STEPHENS BURKE & BURKE LLP
Hon. William H. Pauley
June 3, 2016
Page 2

Respectfully submitted,

Richard C. Schoenstein

Enclosure

cc:   All Counsel of Record (by ECF)