# BRENDAN CHAO
ATTORNEY AND COUNSELLOR AT LAW

50 MERRICK ROAD
ROCKVILLE CENTRE, N. Y. 11570
(516) 466-2033
FACSIMILE: (516) 466-2007

E-MAIL: bchao@bchaolaw.com

July 22, 2016

**VIA ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, N.Y. 10007-1312

    Re:    Joseph Rosa v. TCC Communications, Inc. et al.
              Civil Case No. 15-CV-1665

Dear Judge Pauley:

    This office represents the plaintiff in the above matter. I respectfully submit this letter to withdraw without prejudice a previous request for a pre-motion conference to quash defendant TCC Communications, Inc. ("TCCC") and Shaher Ismail's ("Mr. Ismail") non-party subpoena to plaintiff's former employer, Union Telecard Alliance, LLC ("UTA"). As defendants correctly point out, the parties have not met and conferred regarding the parameters of the subpoena.

    With the Court's permission I will contact defense counsel to discuss the scope of his subpoena.

    Please contact the undersigned if you have questions, or require additional information.

                                          Respectfully yours,

                                          Brendan Chao

BC/aa

cc:    All Attorneys of Record                        **VIA ECF**